## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:07cv19

| | | |
|---|---|---|
| **BFS RETAIL & COMMERCIAL OPERATIONS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **AMENDED** |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **CITY OF ASHEVILLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the joint Motion to Modify Scheduling Order. Finding that good cause has been shown for the brief extension and that such extension will not be a basis for enlargement of any other deadline, the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion to Modify Scheduling Order (#30) is **GRANTED,** and the deadline for completion of discovery is **ENLARGED** up to and inclusive of December 20, 2007.

Signed: November 21, 2007

Dennis L. Howell
United States Magistrate Judge